*JOINTLY SUBMITTED*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDREA TONEY, | CASE NO: 2:16-cv-02083-JAD-GWF |
| Plaintiff, | |
| vs. | |
| CHARTER COMMUNICATIONS, | |
| Defendant. | |

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS COMPLAINT (FIRST REQUEST)

COMES NOW, Plaintiff Alexandrea Toney and Defendant Charter Communications, by and through their respective counsel, and hereby stipulate and

2645140v1

agree that an answer or other responsive pleading will be filed by the Defendant on or before November 23, 2016.

Dated:  November 9, 2016                             Dated:  November 9, 2016

HAINES & KRIEGER, LLC.                          BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ *David H. Krieger*                                       /s/ *Michael C. Mills*

DAVID H. KRIEGER, ESQ.                          MICHAEL C. MILLS, ESQ.
Nevada Bar No. 009086                               Nevada Bar No. 003534
8985 S. Eastern Ave., Suite 350                   AILEEN E. COHEN, ESQ.
Las Vegas, NV  89123                                 Nevada Bar No. 005263
Attorneys for Plaintiff,                                  3650 N. Rancho Dr., Ste. 114
Alexandrea Toney                                       Las Vegas, NV  89130
                                                                   Attorneys for Defendant,
                                                                   Charter Communications

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation to Extend Time for Defendant to Respond to Complaint on or before November 23, 2016, is hereby Granted.

DATED this __15th__ day of _____November_____, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE