David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ALEXANDREA TONEY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDREA TONEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS,<br><br>　　　　Defendant. | Case No. 2:16-cv-02083-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>ECF No. 15 |

　　　Plaintiff ALEXANDREA TONEY and Defendant CHARTER COMMUNICATIONS hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: May 12, 2017

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Matthew D. Guletz, Esq.<br>Matthew D. Guletz, Esq.<br>Thompson Coburn LLP<br>One US Bank Plaza<br>Saint Louis, MO 63101<br>*Attorney for Defendant CHARTER COMMUNICATIONS* |
|---|---|
| | By:<br><br>/s/ Aileen E. Cohen, Esq.<br>Aileen E. Cohen, Esq.<br>Bauman Lowe Witt & Maxwell, PLLC<br>3650 N. Rancho Drive, Suite 114<br>Las Vegas, NV 89130<br>*Attorney for Defendant CHARTER COMMUNICATIONS* |

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: May 12, 2017

_____
UNITED STATES DISTRICT JUDGE